RECEIVED

NOV 0 6 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SAIDU SAM-KABBA, <br> Petitioner | CIVIL ACTION NO. 1:13-CV-00578 |
| VERSUS | |
| JANET NAPOLITANO, et al., <br> Respondents | JUDGE TOM STAGG <br> MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Sam-Kabba's habeas petition is DISMISSED WITH PREJUDICE AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana, on this 5th day of Nov. 2013.

_____
JUDGE TOM STAGG
UNITED STATES DISTRICT JUDGE